IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3295 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAVE HEINEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Billy Tyler, has filed a Motion for a Temporary Restraining Order and Preliminary Injunction (filing no. 7) in the above-entitled closed case.  Judgment has been entered in the case, and accordingly, filing no. 7 is denied.

SO ORDERED.

DATED this 14th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge