IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, ) | |
| ) | 4:05cv3295 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| DAVE HEINEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Filing No. 16, the Judgment by the Eighth Circuit Court of Appeals dismissing the plaintiff's appeal and assessing the $255 appellate filing and docketing fees against the plaintiff. Because the plaintiff is a prisoner subject to the Prison Litigation Reform Act, the Eighth Circuit's Judgment states in pertinent part: "The full $255.00 appellate filing and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court."

Because the plaintiff did not receive leave to proceed in forma pauperis on appeal, he is not entitled to collection of his appellate filing fees on the installment method contemplated by 28 U.S.C. § 1915(b)(2) and <u>Henderson v. Norris</u>, 129 F.3d 481 (8th Cir. 1997). Therefore, the plaintiff's institution shall collect the $255 filing fees from the plaintiff's inmate trust account whenever funds are available for that purpose in the plaintiff's account and shall remit them to the Clerk of this Court until the full $255 obligation has been satisfied.

THEREFORE, IT IS ORDERED:

1. That the Eighth Circuit Court of Appeals has adjudged the plaintiff liable for the full $255.00 appellate filing and docketing fees;

2. That, because the plaintiff is a prisoner, the fees may not be waived;

3.      That as funds become available in the plaintiff's inmate trust account, the plaintiff's custodian shall collect and remit them until the entire $255 appellate filing fees have been paid; and

4.      That the Clerk of the Court shall send a copy of this Memorandum and Order to the appropriate financial officer for the plaintiff's institution.

Dated this 20th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Court